# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7855                                    Date Filed: 9/6/2007

Plaintiff:
**michael Toscano and Donna Toscano,**

vs.

Defendant:
**Lincoln Electric Company, et.al.**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **A.O. Smith Corporation c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **21st day of September, 2007** at **2:45 pm,** I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Original Complaint Including Seaman's Case Under The Jones Act for Personal Injuries** to Gladys Ryan as Service Of Process Clerk of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 24th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Our Job Serial Number: 2007003632

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9l