ORIGINAL

Office No.

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY | Index No. 07CIV 7855 (JFK) (BF) |

**MICHAEL TOSCANO AND DONNA TOSCANO**

-against-

**LINCOLN ELECTRIC COMPANY, ET AL**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**David Goldberg**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **9/21/2007**, at **10:01 am**, at **C. T. Corporation System 111 Eighth Avenue New York, NY 10011**

I served the **Summons and Complaint**

Upon **LINCOLN ELECTRIC COMPANY,**

by delivering a true copy bearing Index # 07CIV 7855 (JFK) (BF)

to **Sabrina Ambrose**, Registered Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 30-34; Approx. Height: 5'4";**
**Approx. Weight: 130; Other:**

Sworn to before me on 9/26/2007:

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # 916033

8872

**Attorney/Client:** Friedman & James LLP
132 Nassau St., Ste 900
, New York, NY 10038
Phone: 212-233-9385

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (105950)