James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant Illinois Tool Works Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
MICHAEL TOSCANO and DONNA TOSCANO, :

                Plaintiffs,    :  07 CIV 7855 (JFK)

    -against-              :  **APPEARANCE**

LINCOLN ELECTRIC COMPANY, et al., :

                Defendants.    :
-------------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby

appears as counsel of record for defendant Illinois Tool Works Inc. in the above-captioned case.

Dated: New York, New York
       October 12, 2007

                                          LYNCH DASKAL EMERY LLP
                                          Attorneys for Illinois Tool Works Inc.

                                          By: _____
                                                James R. Lynch (JL-2778)
                                          264 West 40th Street
                                          New York, New York 10018
                                          (212) 302-2400
                                          (212) 302-2210 (fax)