UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL TOSCANO and DONNA TOSCANO,       :
                                         :
                    Plaintiffs,          :   07 CIV 7855 (JFK)
                                         :
        -against-                        :   **STIPULATION**
                                         :
LINCOLN ELECTRIC COMPANY, et al.,        :
                                         :
                    Defendants.          :
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant Illinois Tool Works Inc. ("ITW") that that the time for defendant ITW to answer or otherwise move as to the Complaint is extended until October 25, 2007.

Dated: New York, New York
October 12, 2007

FRIEDMAN & JAMES LLP                    LYNCH DASKAL EMERY LLP
Attorneys for Plaintiffs                Attorneys for Defendant Illinois Tool Works Inc.

By: _____             By: _____
    ANDREW V. BUCHSBAUM, ESQ.               JAMES R. LYNCH, ESQ.
132 Nassau Street                       264 West 40th Street
New York, New York 10038                New York, New York 10018
(212) 233-9385                          (212) 302-2400
(212) 619-2340 (fax)                    (212) 302-2210 (fax)


SO ORDERED:

_____
    U.S.D.J.