*Keenan, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:     10-19-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
MICHAEL TOSCANO and DONNA TOSCANO,     :

                   Plaintiffs,     :     07 CIV 7855 (JFK)

      -against-     :     **STIPULATION**

LINCOLN ELECTRIC COMPANY, et al.,     :

              Defendants.     :
————————————————————X

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs

and Defendant Illinois Tool Works Inc. ("ITW") that that the time for defendant ITW to answer or

otherwise move as to the Complaint is extended until October 25, 2007.

      Dated: New York, New York
      October 12, 2007


FRIEDMAN & JAMES LLP     LYNCH DASKAL EMERY LLP
Attorneys for Plaintiffs     Attorneys for Defendant Illinois Tool Works Inc.


By: _____     By: _____
    ANDREW V. BUCHSBAUM, ESQ.         JAMES R. LYNCH, ESQ.
132 Nassau Street     264 West 40th Street
New York, New York 10038     New York, New York 10018
(212) 233-9385     (212) 302-2400
(212) 619-2340 (fax)     (212) 302-2210 (fax)


SO ORDERED:


_____  10/19/07
    U.S.D.J.