James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

    - and -

Ronald Austin, Jr., Esq.
Brothers & Thompson, P.C.
100 West Monroe St., Suite 1700
Chicago, Illinois 60603
(312) 372-2909

Attorneys for Defendant Illinois Tool Works Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL TOSCANO and DONNA TOSCANO,    :  Docket No. 07 CV 7855 (JFK)

        Plaintiffs,    :  **RULE 7.1 STATEMENT**

        -against-    :

LINCOLN ELECTRIC COMPANY, et al.    :

        Defendants.    :
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Illinois Tool Works Inc. (a non-governmental corporate party) states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:    New York, New York
          October 23, 2007

                                          LYNCH DASKAL EMERY LLP

                                          By: _____
                                                James R. Lynch (JL-2778)
                                          264 West 40th Street
                                          New York, New York 10018
                                          (212) 302-2400

                                              - and -

                                          Brothers & Thompson, P.C.
                                          100 West Monroe St., Suite 1700
                                          Chicago, Illinois 60603
                                          (312) 372-2909

                                          Attorneys for Defendant Illinois Tool Works Inc.