James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

- and -

Ronald Austin, Jr., Esq.
Brothers & Thompson, P.C.
100 West Monroe St., Suite 1700
Chicago, Illinois 60603
(312) 372-2909

Attorneys for Defendant Miller Electric Manufacturing Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL TOSCANO and DONNA TOSCANO,　　:　　Docket No. 07 CV 7855 (JFK)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　　　　　:　　**RULE 7.1 STATEMENT**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
LINCOLN ELECTRIC COMPANY, et al.　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　:
-----------------------------------------------------------------X

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Miller Electric Manufacturing Co. (a non-governmental corporate party) states that it is a wholly-owned subsidiary of Illinois Tool Works Inc., a Delaware corporation.

Dated:　New York, New York
　　　　October 23, 2007

　　　　　　　　　　　　　　　　　　　　　　LYNCH DASKAL EMERY LLP

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　James R. Lynch (JL-2778)
　　　　　　　　　　　　　　　　　　　　　　　　264 West 40th Street
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　　　　　　(212) 302-2400

　　　　　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　　　Brothers & Thompson, P.C.
　　　　　　　　　　　　　　　　　　　　　　100 West Monroe St., Suite 1700
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　　(312) 372-2909

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Miller Electric Manufacturing Co.