James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

- and -

Ronald Austin, Jr., Esq.
BROTHERS & THOMPSON, P.C.
100 West Monroe St., Suite 1700
Chicago, Illinois 60603
(312) 372-2909

Attorneys for Defendants Illinois Tool Works Inc. and
Miller Electric Manufacturing Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL TOSCANO and DONNA TOSCANO,         :   Docket No. 07 CV 7855 (JFK)
                                            :
                Plaintiffs,                 :   **DEMAND FOR JURY TRIAL**
                                            :
        -against-                           :
                                            :
LINCOLN ELECTRIC COMPANY, et al.            :
                                            :
                Defendants.                 :
------------------------------------------------------------------X

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendants Illinois Tool Works Inc. and Miller Electric Manufacturing Co. hereby demand a trial by jury on all issues in this matter.

Dated:   New York, New York
         October 25, 2007

                                LYNCH DASKAL EMERY LLP

                                By: _____
                                    James R. Lynch (JL-2778)
                                264 West 40th Street
                                New York, New York 10018
                                (212) 302-2400

                                    - and -

                                BROTHERS & THOMPSON, P.C.
                                100 West Monroe St., Suite 1700
                                Chicago, Illinois 60603
                                (312) 372-2909

                                Attorneys for Defendants Illinois Tool Works Inc. and
                                Miller Electric Manufacturing Co.