UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TOSCANO and DONNA TOSCANO,<br><br>                    Plaintiffs,<br><br>   - against –<br><br>LINCOLN ELECTRIC COMPANY; HOBART BROTHERS COMPANY; ILLINOIS TOOL WORKS, INC.; THE ESAB GROUP, INC.; SELECT ARC, INC.; BOC GROUP, INC. f/k/a AIRCO, INC.; J.B. ALLOY CORPORATION a/k/a UNIBRAZE CORPORATION; PRAXAIR, INC.; TDY INDUSTRIES, INC.; TECHALLOY COMPANY, INC.; CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; UNION CARBIDE CORPORATION; EUTECTIC CORPORATION; A.O. SMITH CORPORATION; SANDVIK, INC.; DELORO STELLITE COMPANY, INC.; ARCOS INDUSTRIES, L.L.C.; MILLER ELECTRIC MANUFACTURING CO., INC.; THE CITY OF NEW YORK; and JOHN DOE DEFENDANTS A-Z,<br><br>                    Defendants. | Docket No.: 07 Civ. 7855 (JFK)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ARCOS INDUSTRIES, L.L.C., who is a non-governmental party, makes the following disclosure statement:

1. SAI Arcos, L.L.C. is the parent company of Defendant ARCOS INDUSTRIES, L.L.C.;

2. No publicly-held corporation owns 10% or more of stock in ARCOS INDUSTRIES, L.L.C.

Dated: New York, New York
November 9, 2007

        SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
        Attorneys for Defendant
        ARCOS INDUSTRIES, L.L.C.

By: _____
     Gregory N. Harris (GH-1976)
     830 Third Avenue, Suite 400
     New York, New York 10022
     (212) 651-7500

To:

Andrew Buchsbaum, Esq.
Friedman & James, LLP
*Attorneys for Plaintiffs*
132 Nassau Street, Suite 900
New York, NY 10038