UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TOSCANO and DONNA TOSCANO,<br><br>Plaintiffs,<br><br>- against -<br><br>ARCOS INDUSTRIES, L.L.C.; MILLER ELECTRIC MANUFACTURING CO., INC.; THE CITY OF NEW YORK; and JOHN DOE DEFENDANTS A-Z, ET AL.<br><br>Defendants. | Docket No.: 07 Civ. 7855 (JFK)<br><br>CERTIFICATE OF<br><br>SERVICE |

    I hereby certify that a true copy of the Arcos Industries, L.L.C., Answer to Plaintiffs Complaint, and Rule 7.1 Corporate Disclosure Statement was served via the United States District Court, Southern District of New York, Electronic Filing system, on the 9th day of November 2007 and via Federal Express mail upon the following Plaintiffs Counsel:

Andrew Buchsbaum, Esq.
Friedman & James, LLP
*Attorneys for Plaintiff's Toscano*
132 Nassau Street, Suite 900
New York, New York 10038

                      SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
                      Attorneys for Defendant
                      ARCOS INDUSTRIES, L.L.C.

                      By: /s/_____
                           Gregory N. Harris (GH-1976)
                           830 Third Avenue, Suite 400
                           New York, New York 10022
                           (212) 651-7500