Friedman & James LLP
Andrew V. Buchsbaum, Esq. (AB-6475) (abuchsbaum@friedmanjames.com)
Attorneys for plaintiffs
132 Nassau Street, Suite 900
New York, NY  10038
(212) 233-9385 (telephone)
(212) 619-2340 (telefax)

-------------------------------------------------------------------x

| | |
|---|---|
| MICHAEL TOSCANO and DONNA TOSCANO, | 07 Civ. 7855 (JFK) (BF) |
| Plaintiffs, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION– Malorie G. Leman** |
| -against- | |
| LINCOLN ELECTRIC COMPANY; HOBART BROTHERS COMPANY; ILLINOIS TOOL WORKS, INC.,; THE ESAB GROUP, INC.; SELECT ARC, INC.; BOC GROUP, INC. f/k/a AIRCO, INC.; J.B. ALLOY CORPORATION a/k/a UNIBRAZE CORPORATION; PRAXAIR, INC.; TDY INDUSTRIES, INC.; TECHALLOY COMPANY, INC.; CBS CORPORATION, a Delaware corporation, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION, a Pennsylvania corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; UNION CARBIDE CORPORATION; EUTECTIC CORPORATION; A.O. SMITH CORPORATION; SANDVIK, INC.; DELORO STELLITE COMPANY, INC.; ARCOS INDUSTRIES, L.L.C.; MILLER ELECTRIC MANUFACTURING CO., INC.; THE CITY OF NEW YORK; and JOHN DOES DEFENDANTS A-Z, | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11-13-2007 |
| Defendants. | |

-------------------------------------------------------------------x

Upon the motion of Andrew V. Buchsbaum, attorney for plaintiffs Michael Toscano and Donna Toscano; and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   MALORIE G. LEMAN
    Firm Name:   Williams Kherkher Hart Boundas, LLP
    Address:   8441 Gulf Freeway, Suite 600
    City/State/Zip:   Houston, TX  77017-5051

        Phone Number:    (713) 230-2200
        Fax Number:      (713) 643-6226
        email address:     mleman@williamskherkher.com

is admitted to practice *pro hac vice* as counsel for Michael Toscano and Donna Toscano in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       November 13, 2007

                                              *John F. Keenan*
                                           United States District Judge